NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROY ALAN WRIGHT,                          )
                                          )
        Appellant,                       )
                                          )
v.                                        )          Case No. 2D18-146
                                          )
STATE OF FLORIDA,                         )
                                          )
        Appellee.                        )
_____)

Opinion filed November 9, 2018.

Appeal from the Circuit Court for Pasco
County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender,
and Stephania A. Gournaris Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and David Campbell, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.